APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 11, 1898, affirming on certiorari the proceedings of respondents in dismissing the relator from the police force of the city of New York.

*Harold Nathan* for appellant.

*Theodore Connoly* and *Terence Farley* for respondents.

Order affirmed, with costs ; no opinion.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS H. D. MASON, Appellant, *v.* STEPHEN V. R. CRUGER et al., Commissioners of Parks of the City of New York, Respondents.

*People ex rel. Mason* v. *Cruger,* 17 App. Div. 483, affirmed.
(Argued April 19, 1898; decided May 3, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1897, affirming on certiorari the proceedings of respondents in removing relator from the position of regular clerk to the board of parks.

*Walter Large* and *John J. Delaney* for appellant.

*Theodore Connoly* for respondents.

Order affirmed, with costs ; no opinion.
All concur, except O'BRIEN and VANN, JJ., dissenting, and PARKER, Ch. J., not sitting.